UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Holly G.,                                                   File No. 20-cv-2279 (ECT/LIB)

          Plaintiff,

v.                                                      **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

          Defendant.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on April 6, 2022. ECF No. 45. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 45] is **ACCEPTED**; and

2. Plaintiff's Motion for Attorneys' Fees pursuant to the Equal Access to Justice Act [ECF No. 39] is **GRANTED IN PART** and **DENIED IN PART**[1];

3. Plaintiff is awarded attorneys' fees in the amount of $10,491.80, pursuant to the Equal Access to Justice Act; and

---

[1] To the extent Plaintiff's Motion seeks an award of damages for the hours corresponding to the acknowledged clerical error, Plaintiff's Motion [ECF No. 39] is denied.

4. This award for attorneys' fees is found to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act.

Dated: April 22, 2022                                       s/ Eric C. Tostrud
                                                            Eric C. Tostrud
                                                            United States District Court